# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: KIMBERLEY SCARPELLI § Case No. 15-18065
§ Chapter 7
§ Hon. JACK B. SCHMETTERER
§

Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $243,000.00 | Assets Exempt: | $123,125.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $15,705.61 | Claims Discharged Without Payment: | $247,789.87 |
| Total Expenses of Administration: | $2,651.20 | | |

3) Total gross receipts of $19,620.81 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $1,264.00 (see **Exhibit 2**), yielded net receipts of $18,356.81 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $194,844.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $2,651.20 | $2,651.20 | $2,651.20 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $68,650.00 | $18,580.48 | $18,580.48 | $15,705.61 |
| **TOTAL DISBURSEMENTS** | $263,494.00 | $21,231.68 | $21,231.68 | $18,356.81 |

4) This case was originally filed under chapter 7 on 05/22/2015.
The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/05/2016                             By: /s/ ALLAN J. DeMARS
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 60 shares Bristol-Meyer Squibb | 1129-000 | $4,008.16 |
| 41 shares Merck | 1129-000 | $2,369.63 |
| 1/2 interest in 320 shares Carnival | 1129-000 | $7,709.80 |
| 1/2 interest in 280 shares of United Financial | 1129-000 | $1,816.21 |
| 150 shares MCI (Babson) | 1129-000 | $2,366.96 |
| 3.13 shares Motorola | 1129-000 | $1,350.05 |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$19,620.81** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Kimberley Scarpelli | exemption | 8100-002 | $1,264.00 |
| | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$1,264.00** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 2 scheduled with no claim filed | 4110-000 | $194,844.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Wells Fargo | 2600-000 | N/A | $58.85 | $58.85 | $58.85 |
| Allan J.DeMars | 2100-000 | N/A | $2,585.68 | $2,585.68 | $2,585.68 |
| Allan J. DeMars | 2200-000 | N/A | $6.67 | $6.67 | $6.67 |
| | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $2,651.20 | $2,651.20 | $2,651.20 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $9,174.00 | $9,174.54 | $9,174.54 | $7,755.01 |
| 2 | PYOD LLC assignee | 7100-900 | $1,232.00 | $1,232.05 | $1,232.05 | $1,041.42 |
| 3 | PYOD LLC assignee | 7100-900 | $8,173.00 | $8,173.89 | $8,173.89 | $6,909.18 |
| | 8 scheduled with no claim filed | 7100-900 | $50,071.00 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | $68,650.00 | $18,580.48 | $18,580.48 | $15,705.61 |

**EXHIBIT "A" FORM 1**

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No. 15-18065                                            Trustee Name: Allan J. DeMars

Case Name: KIMBERLY SCARPELLI                                Date Filed (f) or Converted (c): 5/22/15 (F)

For Period Ending: 3/31/16                                   §341(a) Meeting Date: 7/8/15

                                                             Claims Bar Date: 10/9/15; GOVT 11/18/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property)  Ref # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon DA=§ 554(c) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  1232 Goldenrod Lane Hoffman Estates | 258,000.00 | 0.00 | | 0.00 | FA |
| 2  Cash | 50.00 | 0.00 | | 0.00 | FA |
| 3  Check acct First Midwest Bank | 86.00 | 0.00 | | 0.00 | FA |
| 4  Check acct Hoffman Estates Community Bank | 500.00 | 0.00 | | 0.00 | FA |
| 5  Household goods | 1,500.00 | 0.00 | | 0.00 | FA |
| 6  Books and pictures | 400.00 | 0.00 | | 0.00 | FA |
| 7  clothing | 2,000.00 | 0.00 | | 0.00 | FA |
| 8  wedding ring, watches and costume jewelry | 700.00 | 0.00 | | 0.00 | FA |
| 9  Term life insurance policy Trans Amer | 25.00 | 0.00 | | 0.00 | FA |
| 10 IRA Janus Funds | 35,923.00 | 0.00 | | 0.00 | FA |
| 11 IRA Vanguard | 15,817.00 | 0.00 | | 0.00 | FA |
| 12 IRA American Funds | 46,860.00 | 0.00 | | 0.00 | FA |
| 13 60 shares Bristol-Meyer Squibb | 4,080.00 | 2,744.16 | | 4,008.16 | FA |
| 14 41 shares Merck | 2,400.00 | 2,369.63 | | 2,369.63 | FA |
| 15 320 shares Carnival (1/2 interest) | 7,680.00 | 7,709.80 | | 7,709.80 | FA |
| 16 280 shares United Financial (1/2 interest) | 1,680.00 | 1,816.21 | | 1,816.21 | FA |
| 17 150 shares MCI (Babson) | 2,400.00 | 2,366.96 | | 2,366.96 | FA |
| 18 3.13 shares Motorola | 177.00 | 1,350.05 | | 1,350.05 | FA |

| 19 | 2008 Saturn Vue | 3,000.00 | 0.00 | 0.00 | FA |
|----|-----------------|----------|------|------|-----|

TOTALS (Excluding unknown values)　　　　18,356.81　　　　19,620.81

(Total Dollar Amount in Column 6)

Major activities affecting case closing: OBTAINING TURNOVER, FROM DEBTOR, OF NET STOCK LIQUIDATION PROCEEDS

Initial Projected Date of Final Report (TFR):　November, 2015　　　　Current Projected Date of Final Report (TFR): 11/19/15

EXHIBIT "A"    FORM 2

**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 15-18065  
Case Name: KIMBERLY SCARPELLI  
Taxpayer ID#: XX-XXX3770  
For Period Ending: 3/31/16  

Trustee's Name: Allan J. DeMars  
Bank Name: WELLS FARGO  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable):  
Checking Acct #: xxxxxx2525  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 7/11/15 | Ref 16 | from debtor | net proceeds from United Financial liquidation | 1129-000 | 1,816.21 | | 1,816.21 |
| 7/11/15 | Ref 13,14,17 | from debtor | net proceeds Squib ($4008.16) from Merck ($2369.63) from MCI/Babson (2366.96) | 1129-000 | 8,744.75 | | 10,560.96 |
| 7/21/15 | Ref 18 | from debtor | net proceeds from Motorola liquidation | 1129-000 | 1,350.05 | | 11,911.01 |
| 7/21/15 | | Wells Fargo | check printing charge | 2600-000 | | 41.85 | 11,869.16 |
| 8/31/15 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 11,864.16 |
| 9/30/15 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 11,859.16 |
| 10/21/15 | Ref 15 | from debtor | net proceeds from sale of Carnival stock | 1129-000 | 7,709.80 | | 19,568.96 |
| 10/21/15 | Check 1001 | Kimberly Scarpelli | payment re claimed exemption | 8100-002 | | 1,264.00 | 18,304.96 |
| 10/30/15 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 18,299.96 |
| 10/30/15 | | Wells Fargo | check image fee | 2600-000 | | 2.00 | 18,297.96 |
| 11/30/15 | | Wells Fargo | bank service fee | 2600-000 | | 5.00 | 18,292.96 |
| 12/10/15 | | Wells Fargo | bank service fee | 2600-000 | | (5.00) | 18,297.96 |
| 12/29/15 | Check 1002 | Allan J. DeMars | trustee's fees | 2100-000 | | 2,585.68 | 15,712.28 |
| 12/29/15 | Check 1003 | Allan J. DeMars | expenses | 2200-000 | | 6.67 | 15,705.61 |
| 12/29/15 | Check 1004 | Discover Bank | 726(a)(2); 84.52747% | 7100-900 | | 7,755.01 | 7,950.60 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Trans. Date** | **Check or Ref. #** | **Paid to/ Received from** | **Description of Transaction** | **Uniform Transaction Code** | **Deposit $** | **Disbursement $** | **Checking Acct Balance** |
| 12/29/15 | Check 1005 | PYOD LLC assignee of Citibank | 726(a)(2); 84.52747% | 7100-900 | | 1,041.42 | 6,909.18 |
| 12/29/15 | Check 1006 | PYOD LLC assignee of Citibank | 726(a)(2); 84.52747% | 7100-900 | | 6,909.18 | 0.00 |

```
                                           COLUMN TOTALS     19,620.81      19,620.81           0.00
                                 Less: Payments to debtor(s)   1,264.00       1,264.00
                                           Net               18,356.81      18,356.81           0.00
              TOTAL - ALL ACCOUNTS            NET DEPOSITS    DISBURSEMENTS               BALANCES
                                    Checking# xxxxxx2525     18,356.81      18,356.81           0.00
```